No. 81–1613.  MEMPHIS BANK & TRUST CO. *v.* GARNER, SHELBY COUNTY TRUSTEE, ET AL.  Appeal from Sup. Ct. Tenn.  Probable jurisdiction noted.

No. 81–1120.  UNITED STATES ET AL. *v.* RYLANDER ET AL.  C. A. 9th Cir.  Motion of respondent Richard W. Rylander, Sr., for leave to proceed *in forma pauperis* and certiorari granted.

No. 81–875.  ALABAMA HOSPITAL ASSN. ET AL. *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 81–905.  LAZZARA *v.* UNITED STATES;
No. 81–956.  FARINA *v.* UNITED STATES;
No. 81–1458.  RUSSELLO *v.* UNITED STATES;
No. 81–5700.  MACALUSO *v.* UNITED STATES;
No. 81–5716.  SCIONTI *v.* UNITED STATES;
No. 81–5748.  MORGADO *v.* UNITED STATES;
No. 81–5820.  FISHER *v.* UNITED STATES;
No. 81–5826.  YOUNG *v.* UNITED STATES; and
No. 81–5865.  PALERMO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  Reported below: 648 F. 2d 367.

No. 81–1185.  STEVENSON *v.* GRENTEC, INC., ET AL. C. A. 9th Cir.  Certiorari denied.

No. 81–1281.  SANCHEZ *v.* SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 5th Cir.  Certiorari denied.

No. 81–1308.  McMURTRY *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.